■ In the Matter of ALTAMORE v BARRIOS-PAOLI. [656 NYS2d 857] —The motion insofar as it seeks leave to appeal to the Court of Appeals is granted, as indicated. This Court's unpublished order entered on October 10, 1996 (M-5108) is recalled and vacated. Concur—Sullivan, J. P., Rosenberger, Nardelli, Williams and Tom, JJ.